PAMELA M. SAYAD (State Bar No. 103798)
BRENDA F. BIREN (State Bar No. 113072)
SAYAD & BIREN, APC
505 Montgomery Street, Suite 700
San Francisco, CA 94111
Telephone: (415) 392-4100
Facsimile: (415) 392-4001
pms@sayad-biren.com
bfb@sayad-biren.com

BARBARA GIUFFRE (State Bar No. 158180)
LAW OFFICES OF BARBARA GIUFFRE
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 981-9114
Facsimile: (415) 434-0513
Barbara@igc.org

ATTORNEYS FOR PLAINTIFF
ANGEL WARNSO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL WARNSO, <br><br>   Plaintiff, <br><br> v. <br><br> U.S. FOODSERVICE, INC., a corporation; ROYAL AHOLD USA, a corporation; ROYAL AHOLD, a Netherlands corporation; HENRY SMITH, an individual; JASON STRANAHAN, an individual; CATHY QUIGGLE, an individual; KEN HOBBS, an individual; and DOES 1 through 50, inclusive, <br><br>   Defendants. | **Case No.: C 06-00251 MMC** <br><br> **[PROPOSED] ORDER GRANTING MOTIONS TO AMEND COMPLAINT AND TO REMAND TO STATE COURT** |

1  ~~The Motions to Amend Complaint and to Remand to State Court by Plaintiff Angel~~
2  ~~Warnso came on regularly for hearing on March 17, 2006 at 9:00 a.m. in Courtroom 7, 19th floor~~
3  ~~before the Honorable Maxine M. Chesney~~.  The Court, having read and considered the papers
4  filed in support of as well as those filed in opposition to the Motions, as well as the entire court
   vacates the March 17, 2006 hearing on the matter,
5  file in this action, ~~and having heard the arguments of counsel for the parties~~, and good cause
6  appearing therefore:
7      IT IS HEREBY ORDERED THAT:
8      (1) The Motion to Amend the Complaint and to file a First Amended Complaint which
9  excises the Title VII allegations is granted (Fed. RuleCiv. P. 15);
10     (2) The Motion to Remand this case back to state court where it was originally filed
11 (Superior Court for the County of Alameda) is granted. The First Amended Complaint contains
12 no federal question and there is no diversity of citizenship.
13     The Clerk shall close the file.
14 Dated:  March 3, 2006

                            */s/ Maxine M. Chesney*
                            The Hon. Maxine M. Chesney
                            Judge of the United States District Court